IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| EUGENE SCHLUSSLER, JR., | ORDER |
| Plaintiff, | 19-cv-261-bbc |
| v. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dana Duncan, counsel for plaintiff Eugene Schussler, Jr., has moved for authorization of attorney fees for his representation of plaintiff. Counsel is seeking $3,379.25 in fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant Andrew Saul, Commissioner of the Social Security Administration, does not oppose the motion. Accordingly, I will grant it.

After counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $3,379.25 in fees to counsel in accordance with the assignment signed by plaintiff and his counsel.

1

ORDER

IT IS ORDERED that plaintiff Eugene Schlussler, Jr.'s motion for attorney fees in the amount of $3,379.25, dkt. #13 is GRANTED.

Entered this 13th day of November, 2019.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge